United States District Court
Southern District of Texas
**ENTERED**
January 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH A. STANFORD, *et al.*, | § § § | |
| Plaintiffs, | § | |
| V. | § | CIVIL ACTION NO. 2:22-CV-00275 |
| | § | |
| BILL GATES, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Jason Libby's Memorandum and Recommendation ("M&R"). (D.E. 11). The M&R recommends that the Court **DISMISS** Plaintiff Joseph A. Stanford's case pursuant to Federal Rule of Civil Procedure 41(b) for failing to comply with court order. *Id.* at 1, 2.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed.[1] When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A. H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015). Having carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 11). The Court

---

[1] The same day the M&R was filed, Plaintiff Joseph Stanford filed a letter regarding his case. *See* (D.E. 12). However, the letter was largely illegible and the portions that were legible did not reference the M&R. As such, this letter cannot be construed as an objection to the M&R.

**DISMISSES** Plaintiffs' case pursuant to Rule 41(b) for failure to comply with court order. A final judgment shall be entered separately.

    SO ORDERED.

                                                        DAVID S. MORALES
                                                        UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
        January 18, 2023